UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAUREEN VALENTINE, | ) |
| PLAINTIFF, | ) |
| VS. | ) NO. 05-CV-00699 |
| JPC EQUIPMENT LEASING, INC., FORMERLY KNOWN AS JOSEPH'S PASTA COMPANY, INC., | ) |
| DEFENDANT. | ) |

### DISMISSAL WITH PREJUDICE BY STIPULATION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Maureen Valentine hereby dismisses with prejudice the above-styled lawsuit and all claims alleged or which could have been alleged in that lawsuit. Each party shall bear her or its own respective costs and attorneys' fees in connection with this dismissal.

This dismissal is made without a determination of fault or any admission of liability or wrongdoing or the validity of any other party's position(s) or claim(s).

SO ORDERED:

_[signature]_
STEVEN N. LIMBAUGH
8/16/05

/s/ D. Eric Sowers
Sowers & Wolf, LLC
D. Eric Sowers, 5009
Ferne P. Wolf, 4737
1401 S. Brentwood Blvd., Suite 575
St. Louis, MO 63144
314 968-2400
314 968-3330 fax

1

Certificate of Service

The undersigned certifies that a copy of the foregoing was served upon Lynn Reid and Harry W. Wellford of Thompson Coburn, LLP, One US Bank Plaza, St. Louis, MO 63101 by operation of the court's electronic filing system this 15th day of August 2005.

/s/ D. Eric Sowers

2